ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 9:52:04 AM
KEITH HOTTLE
CLERK

## No. 04-14-00338-CR

| | | | |
|---|---|---|---|
| BENNY C. VALVERDE, | § | IN THE FOURTH DISTRICT | |
| *Appellant* | § | | |
| | § | | |
| v. | § | COURT OF APPEALS | |
| | § | | |
| STATE OF TEXAS, | § | | |
| *Appellee* | § | SAN ANTONIO, TEXAS | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/09/15 9:52:04 AM
KEITH E. HOTTLE
Clerk

## STATE'S MOTION TO ABATE APPEAL AND REMAND CASE TO TRIAL COURT TO APPOINT AN ATTORNEY PRO TEM BECAUSE A CONFLICT OF INTEREST EXISTS BETWEEN APPELLANT AND THE CRIMINAL DISTRICT ATTORNEY

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, and undersigned Counsel for the State of Texas, and files this motion asking the Court abate these appellate proceedings and remand this case to the trial court with directions to appoint an attorney *pro tem*.

### I. Statement of the Case

On May 23, 2012, Benny C. Valverde, appellant was indicted for a murder that was alleged to have occurred on September 4, 2011. Trial began on February 11, 2014, and the jury returned a guilty verdict on February 14, 2014. Judgment was entered on March 20, 2014, and, on the same day, the trial judge certified appellant's right to appeal.

Appellant filed his notice of appeal on April 17, 2014. After several motions for extension of time were granted by this court, on November 10, 2014, appellant's first appellate counsel filed an *Anders* brief. Subsequently, appellant's first appellate attorney withdrew as counsel, and appellant retained new counsel. On January 20, 2015, appellant filed a motion to withdraw the *Anders* brief and to extend time to file a substantive brief. That motion was granted. After several other motions were filed, on June 1, 2015, appellant timely filed his new substantive brief, which is currently before this court.

On July 1, 2015, the State was granted an extension of time to file its brief in this case. The State's brief is due on July 31, 2015.

## II. An Abatement is Necessary

"Each district attorney shall represent the State in all criminal cases in the district courts of his district and in appeals therefrom, *except in cases where he has been, before his election, employed adversely*." Tex. Code Crim. Pro. Ann. art. 2.01 (emphasis added). Thus, "if an elected prosecuting attorney has previously represented a defendant in a particular proceeding, then article 2.01 disqualifies him from representing the State in the matter and that disqualification is imputed to those assistants 'who serve[] at his will and pleasure.'" *Scarborough v. State*, 54 S.W.3d 419, 424 (Tex. App.—Waco 2001, pet. ref'd) (quoting *State v. May*, 270 S.W.2d 682, 684 Tex. Civ. App.—San Antonio 1954, no writ) (per curiam)).

In the instant appeal, the elected district attorney, Nicholas "Nico" LaHood, while not appellant's trial counsel, nonetheless did once represent appellant in this case. (*See, e.g.*, Reporter's Record vol. 5, pg. 68.) This fact has been confirmed by District Attorney LaHood. He is, thus, disqualified from prosecuting this case, including the appeal, and, accordingly, so are his assistants. As a result, this appeal must be abated and remanded to the trial court so that it may appoint an attorney *pro tem* for the purposes of defending the verdict on appeal.[1] *See* Tex. Code Crim. Pro. art. 2.07 (authorizing the trial court to appoint an attorney *pro tem* if the district attorney is disqualified to act in any case or proceeding).

---

[1] However, it must be noted that having been sworn in on January 1, 2015, District Attorney LaHood was not the elected district attorney when this case was tried to a verdict. Therefore, his and his assistants' disqualification only extends to any post-conviction proceedings, not the trial itself, and the verdict is not disturbed by this disqualification.

## III. Prayer

WHEREFORE, PREMISES CONSIDERED, the State prays that this court will ABATE this appeal and REMAND the case to the trial court with directions to appoint an attorney *pro tem* to represent the State on appeal.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
*Criminal District Attorney*
Bexar County, Texas

_____/s/_____
ANDREW WARTHEN
*Assistant Criminal District Attorney*
State Bar No. 24079547
101 West Nueva Street
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
awarthen@bexar.org

*Attorneys for the State of Texas*

## CERTIFICATE OF SERVICE

I, Andrew Warthen, Assistant Criminal District Attorney, Bexar County, Texas, hereby certify that a true copy of the above and foregoing Motion was emailed to appellant's attorneys, John G. Jasuta, at lawyer1@johnjasuta.com, and David A. Schulman, at zdrdavida@davidschulman.com, on July 9, 2015.

_____/s/_____
ANDREW WARTHEN
*Assistant Criminal District Attorney*
State Bar No. 24079547
101 West Nueva Street
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
awarthen@bexar.org

*Attorney for the State of Texas*